United States District Court
Southern District of Texas
**ENTERED**
May 01, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| Hector John Martinez, §<br>§<br>*Plaintiff,* §<br>§<br>v. §<br>§<br>Kilolo Kijakazi, §<br>Acting Commissioner of Social §<br>Security Administration, §<br>§<br>*Defendant.* § | Case No. 4:22-cv-04532 |

# FINAL JUDGMENT

In accordance with the Memorandum and Order entered on May 1, 2024 (Dkt. 15), it is hereby **ORDERED** and **ADJUDGED** that the decision of the Commissioner of the Social Security Administration denying Plaintiff Hector John Martinez's request for benefits is **AFFIRMED**.

It is further **ORDERED** that this case is **DISMISSED.**

This is a final, appealable judgment.

Signed on May 1, 2024, at Houston, Texas.

_____
Yvonne Y. Ho
United States Magistrate Judge